# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ROBERT STORAY                                                                    PLAINTIFF

v.                                            NO. 4:09CV00334 JTK

PULASKI COUNTY JAIL                                                           DEFENDANT

<u>ORDER</u>

This matter is before the Court on defendant's motion for summary judgment (DE #41). The purpose of this Order is to direct plaintiff's attention to the fact that plaintiff's response to defendant's motion for summary judgment is due by June 28, 2010. As of this date, plaintiff has not filed a response. Failure to respond may result in entry of summary judgment in favor of defendant and the dismissal of plaintiff's case with prejudice. *See* Rule 56(e)(2). Failure to respond may also result in the dismissal of plaintiff's complaint for failure to prosecute. *See* Local Rule 5.5(c)(2).

The Clerk of the Court is directed to serve this Order on plaintiff by regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 10th day of June, 2010.

_____
United States Magistrate Judge