IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STORAY                                                                                     PLAINTIFF

CASE NO. 4:09-CV-00334 JTK

PULASKI COUNTY JAIL                                                                      DEFENDANT

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

DATED this 29th day of June, 2010.

_____
United States Magistrate Judge